1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTOPHER D. VIEIRA (CABN 273781)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7301
7      FAX: (415) 436-7027
       christopher.vieira@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 17-00582 WHA |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| RONALD McGREGOR, | |
| Defendant. | |

The Defendant, RONALD McGREGOR, represented by Jodi Linker, Assistant Federal Public Defender, and the Government, represented by Christopher Vieira, Special Assistant United States Attorney, appeared before the Honorable Sallie Kim on November 22, 2017 for Defendant's Arraignment. Judge Kim set a status conference before the Honorable Charles Breyer for November 28, 2017, at 1:30 p.m. On November 27, 2017, the Honorable William Alsup related the above-titled case to *United States v. Ronald McGregor*, CR 12-00200 WHA. As a result, this matter was reassigned to Judge Alsup for all future proceedings.

In light of the Court's related case order, the parties agree, and the Court finds and holds, as follows:

1.  This matter is set before this Court for a status conference on December 12, 2017.

STIPULATION AND [PROPOSED] ORDER
CR 17-00582 WHA

2. The time between November 29, 2017 and December 12, 2017 is excluded under the Speedy Trial Act in order to conduct necessary investigation. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

Dated: 11/29/2017

/s/ *Jodi Linker*
JODI LINKER
Assistant Federal Public Defender

Dated: 11/29/2017

/s/ *Christopher Vieira*
CHRISTOPHER VIEIRA
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated: November 29, 2017.

WILLIAM ~~H.~~ ALSUP
United States District Judge

STIPULATION AND ~~[PROPOSED]~~ ORDER
CR 17-00582 WHA